**Order Filed on July 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Lawrence P. Maher, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
lmaher@greenbaumlaw.com
Attorneys for CRF Small Business Loan Company, LLC

In re:

MICHAEL C. HAINES,

        Debtor.

---

CRF SMALL BUSINESS LOAN COMPANY, LLC,

        Plaintiff,

vs.

MICHAEL C. HAINES,

        Defendant.

Case No.: 16-15573 (MBK)

Adv. No.: 16-1517

Judge: Honorable Michael B. Kaplan

## CONSENT JUDGMENT REGARDING DISCHARGEABILITY OF PLAINTIFF'S CLAIM

The relief set forth on the following page, numbered two (2), is **HEREBY ORDERED**.

**DATED: July 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court upon Plaintiff's Adversary Complaint to determine the dischargeability of Plaintiff's claim against the Debtor; and the parties having negotiated a resolution of the Adversary Proceeding as set forth in this Consent Judgment; and for good cause appearing,

IT IS HEREBY ORDERED, that Judgment be and hereby is entered against the Defendant, Michael C. Haines, in the amount of $90,000, and that such Judgment is non-dischargeable in this Bankruptcy Proceeding; and,

IT IS FURTHER ORDERED, that the Plaintiff is granted relief from the Automatic Stay pursuant to Section 362 of the Bankruptcy Code with respect to the $90,000 Judgment, and the Plaintiff is entitled to seek enforcement of the $90,000 Judgment in State Court; and

IT IS FURTHER ORDERED, that any amount, if any, owed by Michael C. Haines in excess of $90,000 to CRF Small Business Loan Company, LLC ("CRF"), be and hereby is discharged; and

IT IS FURTHER ORDERED, that upon satisfaction of the $90,000, CRF waives and releases any and all claims against Michael C. Haines, personally.

The undersigned hereby consent to the form and entry of this Judgment.

Trenk, DiPasquale, Della Fera & Sodono, P.C.
Attorneys for the Defendant, Michael C. Haines

By: _____
Anthony Sodono III

Greenbaum Rowe Smith & Davis LLP
Attorneys for the Plaintiff
CRF Small Business Loan Company, LLC

By: _____
Lawrence P. Maher