Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Michael Che Haines
Debtor

Case No.: 16–15573–MBK
Chapter 7

CRF Small Business Loan Company, LLC
Plaintiff

v.

Michael Che Haines
Defendant

Adv. Proc. No. 16–01517–MBK                Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 18, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 10 – 9
Consent Judgment Regarding Dischargeability of Plaintiff's Claim (related document:9 Certificate of Consent (Adversary) filed by Plaintiff CRF Small Business Loan Company, LLC) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/18/2017. (slf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 18, 2017
JAN: slf

Jeanne Naughton
Clerk